354 A.2d 255
COMMONWEALTH of Pennsylvania
v.
Robert Lee MORRISON, Appellant.

Supreme Court of Pennsylvania.
April 7, 1976.

Robert G. Allman, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The order of the court of common pleas denying post-conviction relief is affirmed.